# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**RENEE GODDARD,**<br><br>Defendant. | PO 24-5171-GF-JTJ<br><br>VIOLATION:<br>E2029727<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $35 fine and $30 processing fee for violation E2029727 (for a total of $65), and for good cause shown, **IT IS ORDERED** that the $65 fine paid by the defendant is accepted as a full adjudication of violation E2029727.

**IT IS FURTHER ORDERED** that the bench trial scheduled for February 6, 2025, is **VACATED.**

DATED this 27th day of January, 2025.

John Johnston
United States Magistrate Judge